| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(a)**<br><br>Robert A. Rich (RR 4892)<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 309-1132<br>rrich2@hunton.com<br><br>*Attorneys for RBS Citizens* | |
| In re:<br><br>Douglas M Browne<br>Sherri D Browne<br><br>Debtor(s). | Case No.: 12-35767<br><br>Chapter: 7<br><br>Honorable Judge Gloria M. Burns |

Order Filed on March 28, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

**ORDER DIRECTING**
**REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page is ORDERED.

**DATED: March 28, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by *RBS Citizens* and regarding the Proof of Claim filed at Proof of Claim No. 1-1, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order, and it is hereby

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.