**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(a)

Robert A. Rich (RR 4892)
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1132
rrich2@hunton.com

*Attorneys for RBS Citizens*

In re:

Douglas M Browne
Sherri D Browne

Debtor(s).

Order Filed on March 28, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 12-35767

Chapter: 7

Honorable Judge Gloria M. Burns

**ORDER DIRECTING
REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page is ORDERED.

**DATED: March 28, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by *RBS Citizens* and regarding the Proof of Claim filed at Proof of Claim No. 1-1, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order, and it is hereby

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Douglas M Browne  
Sherri D Browne  
    Debtors

Case No. 12-35767-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Mar 28, 2017  
    Form ID: pdf903   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2017.
```
db          #+Douglas M Browne,    20 San Diego Drive,    Magnolia, NJ 08049-1637
jdb         #+Sherri D Browne,     20 San Diego Drive,    Magnolia, NJ 08049-1637
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:
```
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
           jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kimberly A. Wilson    on behalf of Debtor Douglas M Browne wilson.schroedinger@comcast.net
          Kimberly A. Wilson    on behalf of Joint Debtor Sherri D Browne wilson.schroedinger@comcast.net
          Robert A. Rich    on behalf of Creditor    RBS Citizens rrich2@hunton.com
                                                                                              TOTAL: 7
```